FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 23 2005

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RUEBEN JOHNSON SR. and CARLA JOHNSON
as Parents and Next Friends of
RUEBEN JOHNSON, JR., a Minor          PLAINTIFFS

VS.                    CASE NO: 3:04-CV-00335

EARLE SCHOOL DISTRICT,
a/k/a EARLE SPECIAL SCHOOL DISTRICT;
JACK CRUMBLY, Individually and in his
official capacity as Superintendent of Schools;
JACQUELYN WADE, Individually and in her
official capacity as Principal of Earle Elementary
School; and FLORA WILLIAMS, Individually
and in her official capacity as a Teacher
at Earle Elementary School          DEFENDANTS

## JOINT AGREED PROTECTIVE ORDER

On Joint Motion and by Agreement of the parties hereto, by and through their respective attorneys, the Court hereby approves the following Protective Order:

1. That the Defendants, the Earle School District, Jack Crumbly, Jacquelyn Wade, and Flora Williams, will produce to the Plaintiff the following documents, records, and other files from the school:

   a. The school district discipline record on Ms. Florine Williams in regards to the prior incident at the school with student, Paul Sisk, Jr., in November, 1999.

   b. The names and addresses of all students in the classroom of Florine Williams at the time of the incident with Reuben Johnson, Jr., on April 22, 2003.

   c. The personnel files of Jack Crumbly, Jacquelyn Wade, and Florine Williams.

        d.    All school records and files on Plaintiff, Reuben Johnson, Jr.

2.    That the school records, file, student records, and other identifying information mentioned above will only be used by the attorneys of record for the parties, persons regularly in the employment of the attorneys, and persons who are engaged as testifying in this cause.

3.    That the dissemination or use of this information or the files and records, or any information contained in them, is strictly prohibited, except to those individuals described in paragraph 2, above.

4.    That these files and records produced and the information found therein shall be kept confidential and not divulged to any other person.

5.    That if the Plaintiff or his attorney wish to disclose these records or school information to any individual other than those described in paragraph 2, his attorney will first inform the attorney for the Defendants. If the Defendants do not consent to the disclosure, Plaintiff may move for modification of the Court's Protective Order.

6.    That nothing in this Protective Order will preclude either party from offering into evidence at trial this information or record, subject to further Orders of this Court.

7.    That if the parties attach this information or any part of these records to any pleadings filed with the Court or divulge information obtained from them in any pleadings filed with the Court, the pleadings containing the information will be filed under seal.

8.    That the information, files or records produced by the Defendants to the Plaintiff shall be used only for purposes of this litigation and shall not be disclosed to any other person, except lay or expert witnesses. Counsel for the respective parties are hereby ordered to direct their parties and any expert or lay witnesses to maintain the

confidentiality of this information and to not disclose same to any other person.

9.     That this Protective Order is effective on the date it is signed by all parties and approved by the Court.

10.    That any person who violates this Court Order shall be subject to sanctions from this Court and may be held in contempt of Court.

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE

_____
DATE  August 22, 2005

APPROVED BY:

_____
Jim Pat Flowers, Attorney for Plaintiffs
DAGGGETT, DONOVAN,
PERRY & FLOWERS, PLLC
12 South Poplar Street
P.O. Box 389
Marianna, Arkansas 72360

_____
Mr. Paul Blume, Attorney for Defendants, Earle
School District, Jack Crumbly and Jacquelyn Wade
Attorney At Law
808 Martin Luther King Drive
Little Rock, AR 72202

_____
Mr. Dan F. Bufford, Attorney for Defendant, Florine Williams
Laser Law Firm
101 S. Spring Street, Suite 300
Little Rock, AR 72201