**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

RUEBEN JOHNSON, SR., and CARLA JOHNSON                                                            PLAINTIFFS
as Parents and Next Friends of
RUEBEN JOHNSON, JR., a Minor

v.                                                    No. 3:04CV00335 JLH

EARLE SCHOOL DISTRICT, a/k/a
EARLE SPECIAL SCHOOL DISTRICT;
JACK CRUMBLY, Individually and In His
Official Capacity as Superintendent of Schools;
JACQUELYN WADE, Individually and In Her
Official Capacity as Principal of Earle Elementary
School; and FLORA WILLIAMS, Individually and
In Her Official Capacity as a Teacher at Earle
Elementary School                                                                                                           DEFENDANTS

**ORDER**

The Court has been informed that the defendant has filed bankruptcy. No party to date has filed a petition for relief from the automatic stay. This matter will be administratively terminated. The Court will reopen the case on motion of any party filed within 30 days after the bankruptcy court lifts the automatic stay.

IT IS SO ORDERED this 14th day of March, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE